UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANGELO LENA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>FRANK FOULK, et al.,<br><br>　　　　　　Defendants. | No.  2:16-cv-0152 KJM CKD P<br><br>FINDINGS AND RECOMMENDATIONS |

By order filed March 9, 2016, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted.  The thirty day period has now passed, and plaintiff has not filed an amended complaint, or otherwise responded to the court's order.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified

/////

/////

1

Case 2:16-cv-00152-KJM-CKD   Document 13   Filed 04/29/16   Page 2 of 2

time may waive the right to appeal the District Court's order.  Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998); Martinez v. Ylst, 951 F.2d 1153, 1156-57 (9th Cir. 1991).

Dated:  April 28, 2016

                                              _____
                                              CAROLYN K. DELANEY
                                              UNITED STATES MAGISTRATE JUDGE

1
lena0152.fta