UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICAHEL ANGELO LENA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>FRANK FOULK, et al.,<br><br>　　　　　　　　Defendants. | No.  2:16-cv-0152 KJM CKD P<br><br><br>ORDER |

On May 13, 2016, plaintiff filed a document in which he requests that the undersigned recuse. Because plaintiff fails to identify any appropriate basis for recusal, <u>see</u> 28 U.S.C. § 455, plaintiff's request is denied.

Dated: May 19, 2016

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1
lena0152.rec