UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANGELO LENA,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANK FOULK, et al.,<br><br>    Defendants. | No. 2:16-cv-0152 KJM CKD P<br><br><br><br>ORDER |

Plaintiff has filed a motion for extension of time to file an amended complaint. However, on September 26, 2017, the district court judge assigned to this case indicated that the time for plaintiff to file an amended complaint will not be extended beyond October 26, 2017 for any reason. Accordingly, plaintiff's motion for an extension of time (ECF No. 30) is denied.

Dated: October 18, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/kly
lena0152.36