UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANGELO LENA,<br><br>Plaintiff,<br><br>v.<br><br>FRANK FOULK, et al.,<br><br>Defendants. | No. 2:16-cv-0152 KJM CKD P<br><br><br><br>ORDER |

By order filed September 26, 2017, plaintiff was granted thirty days within which to file an amended complaint and was cautioned that failure to file an amended complaint within that time would result in dismissal. ECF No. 28. On October 18, 2017, plaintiff filed a response to the court's September 26, 2017 order. ECF No. 32. Plaintiff contends he has been transferred to a new prison and denied access to his legal materials. Good cause appearing, the court will request from the Office of the California Attorney General an informal response to plaintiff's October 18, 2017 response.

In accordance with the above, IT IS HEREBY ordered that:

1. The Clerk of the Court is directed to serve a copy of plaintiff's October 18, 2017 response, ECF No. 32, on Senior Attorney General Monica Anderson; and

/////

/////

/////

2. The court requests an informal response to the contentions in plaintiff's October 18, 2017 response within twenty-one days from the date of this order.

DATED: November 30, 2017.

_____
UNITED STATES DISTRICT JUDGE